NUMBER 13-01-797-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

_______________________________________________________________


PHYLIS BENEFIELD , Appellant,
v.


AREMACO, INC. , Appellee.

________________________________________________________________


On appeal from the Justice Court, Pct. 2, Place 1

of Nueces County, Texas.

_______________________________________________________________


O P I N I O N


Before Chief Justice Valdez and Justices Hinojosa and Yañez

Opinion Per Curiam


Appellant, PHYLIS BENEFIELD , attempted to perfect an appeal from an order entered by the Justice Court, Pct. 1, Place
2 of Nueces County, Texas, in cause no. 01-FD-000094-Q . The notice of appeal was received on November 19, 2001 . 

Upon review of the documents received, it appeared that this Court did not have jurisdiction to review this appeal. 
Pursuant to Tex. R. App. P. 42.3, notice of this defect was given so that steps could be taken to correct the defect, if it could
be done. Appellant was advised that, if the defect was not corrected within ten days from the date of receipt of this notice,
the appeal would be dismissed for want of jurisdiction. Appellant failed to file a response as requested by this Court's
notice. 

The Court, having considered the documents on file and appellant's failure to respond to this Court's notice, is of the
opinion that the appeal should be dismissed for want of jurisdiction. The appeal is hereby DISMISSED FOR WANT OF
JURISDICTION.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 14th day of February, 2002 .